Beaver Electric Construction Company, appellee, v. John Griffiths & Son Company, appellant. Gen. No. 25,529.

Action to recover for extras under electric wiring contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of facts and judgment here. Opinion filed March 8, 1920.

Everett & McGonigle, for appellant; John C. Everett, of counsel. Thomas B. Brown, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Milwaukee Corrugating Company, appellee, v. James P. Monahan and Edward Monahan, trading as Monahan Brothers, appellants. Gen. No. 25,578.

Action to recover balance due on purchase price of goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1919. Reversed with judgment of *nil capiat* and for costs. Opinion filed March 8, 1920. Rehearing denied March 22, 1920.

King, Brower & Hurlbut, for appellants. Rosenthal, Hamill & Wormser, for appellee; Charles H. Hamill and Herman L. Ellsworth, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

John Lussen, appellant, v. Michael Greenspon et al., appellees. Gen. No. 25,605.

Appointment of receiver under mortgage. Order as to disposition of balance of rent money received by him. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Harry H. Felgar, for appellant. H. J. Rosenberg, for appellees; Irving Zimmerman, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

J. F. Beseler, Jr., appellee, v. Joseph M. Todd, appellant. Gen. No. 25,614.

Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1919. Affirmed for failure to file sufficient abstract. Opinion filed March 8, 1920.

John M. Hess, for appellant. Elmer J. Schnackenberg, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Peter Kuchuris, appellee, v. Marcus Weil, appellant. Gen. No. 25,623.

Action to recover damages for breach of covenant of lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Iles, O'Connor, Eberhardt & Kesler, for appellant. Earl J. Walker, for appellee.

Mr. Justice Holdom delivered the opinion of the court.